Certificate Number: 05781-NH-DE-041625366

Bankruptcy Case Number: 26-10891

05781-NH-DE-041625366

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 1, 2026, at 12:45 o'clock PM PST, Melissa Goodwin completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Hampshire.

Date: November 1, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President